UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| KELLY T. NEESON,<br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>**Acting Commissioner of Social Security,**<br><br>Defendant. | Case No. 2:12-cv-51 SNLJ (SPM) |

## ORDER

Having received no objections thereto,

**IT IS HEREBY ORDERED** that the report and recommendation of United States Magistrate Judge Shirley P. Mensah (#23), filed July 23, 2013, be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FINALLY ORDERED** that the Commissioner of Social Security's decision be and is **REVERSED** and, pursuant to sentence four of 42 U.S.C. § 405(g), **REMANDED** to the Commissioner for further proceedings pursuant to the report and recommendation adopted herein.  This Court does not retain jurisdiction of this case.

Dated this   30th   day of September, 2013

_____
UNITED STATES DISTRICT JUDGE